UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

DO SUNG UHM, et al.,

                Plaintiff,

vs.

HUMANA, INC.,

                Defendant.

C06-185 MJB

## MINUTE ORDER

The above referenced case has been initially assigned to the Honorable Monica J. Benton, United States Magistrate Judge, subject to the consent of the parties pursuant to 28 U.S.C. 636(c)(1)(C).

On February 7, 2006, notice of the parties rights with regard to consenting to the case being assigned to Magistrate Judge Benton for all purposes was filed by the Clerk of Court. The parties were advised they had until March 21, 2006, to consent, if they wished.

In the interim, a Motion to Dismiss for Failure to State a Claim has been filed and noted for March 31, 2006. Accordingly, pending dates are adjusted as follows:

Consent to Assignment to  Magistrate Judge Benton        March 14, 2006

Pending Motion to Dismiss for Failure to State a Claim       April 7, 2006

In the event the parties (or any party) choose not to consent, the case will be reassigned to a District Judge.

Dated this 8th day of March, 2006

Bruce Rifkin
Clerk of Court

by:   /s/   PETER H. VOELKER
         Peter H. Voelker, Deputy Clerk