UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

DO SUNG UHM and EUN SOOK UHM,,

    Plaintiff,

vs.

HUMANA, INC., et al.,

    Defendant.

C06-185 RSM

**MINUTE ORDER**

**REASSIGNING CASE**

    Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Ricardo S. Martinez, United States District Judge.

    All future documents filed in this case must bear the cause number C06-185 RSM and bear the Judge's name in the upper right hand corner of the document.

Dated this 14th day of March, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
       Peter H. Voelker, Deputy Clerk